**DISMISS and Opinion Filed May 1, 2013.**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-12-00442-CV**

**AMERICA FIRST LLOYD'S INSURANCE COMPANY, Appellant**
**V.**
**HARTFORD LLOYD'S INSURANCE COMPANY, Appellee**

**On Appeal from the 439th Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 1-10-1272**

## MEMORANDUM OPINION

Before Justices Lang, Myers, and Evans
Opinion by Justice Lang

We **REINSTATE** this appeal.

Before the Court is appellant's unopposed motion to dismiss the appeal. Appellant informs the Court that the parties have settled their differences. Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE

120442F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

AMERICA FIRST LLOYD'S INSURANCE
COMPANY, Appellant

No. 05-12-00442-CV          V.

HARTFORD LLOYD'S INSURANCE
COMPANY, Appellee

On Appeal from the 439th Judicial District
Court, Rockwall County, Texas.
Trial Court Cause No. 1-10-1272.
Opinion delivered by Justice Lang.   Justices
Myers and Evans, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that each party bear its own costs of the appeal.

Judgment entered this 1st day of May, 2013.

/Douglas S. Lang/

DOUGLAS S. LANG
JUSTICE

1200442.R.docx                    –3–